

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00715-CV

Kenneth J. **THOMAS**,
Appellant

v.

**ARRIBA APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04988
Honorable Karen Crouch, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment of possession is VACATED because the issue of possession is moot. The remainder of the trial court's judgment is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualified as indigent under TEX. R. APP. P. 20.

SIGNED September 4, 2019.

Sandee Bryan Marion, Chief Justice